**Order entered September 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00951-CV

### CITY OF DALLAS, Appellant

### V.

### HIGHWAY 205 FARMS, LTD ET AL., Appellees

**On Appeal from the County Court at Law
Kaufman County, Texas
Trial Court Cause No. 84262CC**

## ORDER

The Court has before it appellees' September 1, 2013 unopposed motion for briefing deadline extension. The Court **GRANTS** the motion and **ORDERS** appellees to file their brief by October 25, 2013.

/s/     ELIZABETH LANG-MIERS
           JUSTICE